DOUILLET v. UNITED STATES.

(Circuit Court, S. D. New York. October 28, 1904.)

No. 3,513.

1. CUSTOMS DUTIES—CLASSIFICATION—LEATHER GLOVES—CUMULATIVE DUTIES.

The provision relative to leather gloves in paragraph 445, Tariff Act July 24, 1897, c. 11, § 1, Schedule N, 30 Stat. 151 [U. S. Comp. St. 1901, p. 1677], that "in addition to the foregoing rates there shall be paid the following cumulative duties," justifies the imposition of more than one of said "cumulative duties" in addition to the rates applicable by virtue of the preceding provisions for gloves.

On Application for Review of a Decision of the Board of General Appraisers.

In the decision in question, G. A. 5,595, T. D. 25,038, the Board of General Appraisers affirmed the assessment of duty by the collector of customs at the port of New York on certain gloves imported by L. A. Douillet. These gloves were made of leather, and were both piqué and embroidered. In addition to the regular rates applicable to such gloves when not embroidered or piqué, the collector imposed a duty of 40 cents per dozen pairs for the embroidery, and the same rate for the piqué feature, taking as authority for this action the provision in paragraph 445, Tariff Act July 24, 1897, c. 11, § 1, Schedule N, 30 Stat. 151 [U. S. Comp. St. 1901, p. 1677], reading: "In addition to the foregoing rates there shall be paid the following cumulative duties: * * *

On all piqué or prix seam gloves, forty cents per dozen pairs; on all gloves stitched or embroidered, with more than three single strands or cords, forty cents per dozen pairs." The importer contended that these duties are alternative or "cumulative" only with reference to said "foregoing rates," and not to each other, and that the language of said provision justifies the imposition of but one of the cumulative duties therein specified. This contention was overruled by said board as above stated. Note, In re Wertheimer, 55 Fed. 281, 5 C. C. A. 107.

W. Wickham Smith, for the importer.

Henry A. Wise, Asst. U. S. Atty.

HAZEL, District Judge. Judgment affirmed on the decision of the Board of General Appraisers.